No. 85–1486.  LOCAL 32, INTERNATIONAL LONGSHOREMEN'S & WAREHOUSEMEN'S UNION *v.* PACIFIC MARITIME ASSN. ET AL.

C. A. 9th Cir.   Certiorari denied.